IAKOVOU & XANTHOPOULOS LAW GROUP, PLLC

40 Wall Street, 49th Floor
New York, NY 10005
(212) 404-8644
(332) 777-1884
ix-legal.com

Granted. The IPTC will be rescheduled.

SO ORDERED:

7/27/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

July 27, 2026

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Ruiz Florez v. Eser Associates, LLC et al., 1:26-cv-04101-PAE-RWL**
**Request Time to Answer Deadline Extension and Initial Pretrial Conference**

Dear Judge Lehrburger:

Our office represents Defendant MJ Execution, LLC (hereafter "MJ Execution") in the above-referenced action. We also are in the process of being retained by the landlord Defendant, Eser Associates, LLC (hereafter "Eser"). We respectfully submit this letter to request an extension of time to answer or otherwise respond to Plaintiff's Complaint to finalize this office's representation of both Defendants, as well as finalize Defendants' own investigation of the claims alleged in the Complaint. Further, Defendants also request an adjournment of the Initial Pretrial Conference.

This is MJ Execution's second request for an extension. On July 27, 2026, Plaintiff confirmed its consent to extend and adjourn via telephonic conference.

The current deadline to answer was set for July 30, 2026. Accordingly, the parties respectfully propose extending the deadline to answer 30 days, up to September 1, 2026, as August 29, 2026, falls on a weekend. Further, we request that the Initial Pretrial Conference, originally set for August 4, 2026, to also be adjourned 30 days to September 3, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/John Flouskakos

John N. Flouskakos, Esq.