IX LEGAL
IAKOVOU & XANTHOPOULOS LAW GROUP, PLLC

40 Wall Street, 49th Floor
New York, NY 10005
(212) 404-8644
(332) 777-1884
ix-legal.com

August 26, 2026

**VIA ECF**
Magistrate Judge Robert W. Lehrburger
United States District Court,
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Ruiz Florez v. Eser Associates, LLC et al., 1:26-cv-04101-PAE-RWL**
**Request Time to Answer Deadline Extension and Initial Pretrial Conference**

Dear Judge Lehrburger:

Our office represents Defendants MJ Execution, LLC, and Eser Associates, LLC (hereafter collectively "Defendants") in the above-referenced action. We respectfully submit this letter to request an extension of time to answer or otherwise respond to the Complaint because the parties reached a settlement in principle and are in the process of finalizing a formal settlement agreement. Defendants also request an adjournment of the Initial Pretrial Conference.

This is Defendant's third request for an extension. The reason for the request is that the parties only came to terms on August 25, 2026. Plaintiff's counsel consents to this request.

As we are now agreed on final settlement terms, the parties wish to avoid further litigation until such time as we finalize the formal written agreement. The current deadline to answer is September 1, 2026. Accordingly, the Defendants respectfully propose extending the deadline to answer 30 days, up to October 1, 2026. Further, we request that the Initial Pretrial Conference, originally set for September 3, 2026, to also be adjourned 30 days to October 5, as October 3 falls on a weekend.

We thank the Court for its consideration of this request.

Request granted. The deadline to answer is extended to **October 1, 2026**. The Court will reschedule the initial pretrial conference.

SO ORDERED:

8/26/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

/s/John Flouskakos

John N. Flouskakos, Esq.